Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
WESTERN District of ARKANSAS

El Dorado Division

)  Case No. _____
)           (to be filled in by the Clerk's Office)
GEORGE Fuller )
_____ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. ) Jury Trial: (check one) [X] Yes [ ] No
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
Lion Oil Trading + Transportation )
Agents use of Arkansas, Inc. )
300 Spring Bldg'z )
Suite 900   Little Rock, AR 72201 )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George Fuller #180665 |
| Street Address | 8200 No More Victims Road |
| City and County | Jefferson City |
| State and Zip Code | Missouri 65101 |
| Telephone Number | 1-573-751-3224 |
| E-mail Address | none |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
May 14, 2019
OFFICE OF THE CLERK

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Arkansas__

__El Dorado__ Division

Thurman Fuller, Grace Fuller, Patricia Dockery, Elizabeth Donell, Louise Sawyer, George Fuller and Clara Fuller.

Case No. 19-1020
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lion Oil Trading and Transportation, LLC
100 East Peach Street, Ste. 201
El Dorado, AR 71730

Jury Trial: *(check one)* ☒ Yes ☐ No

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Clara Fuller
Street Address: 2313 S. Ferree Street
City and County: Kansas City, KS
State and Zip Code: 66103
Telephone Number: 913-789-7438
E-mail Address: bask8810@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
__WESTERN__ District of __ARKANSAS__

__EL Dorado__ Division

| | |
|---|---|
| GRACE FULLER <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Lion oil Trading & Tranportation Agenti USC of Arkansas, Inc. <br> 300 Spring Bldg., Ste. 900 <br> Little Rock, AR. 72201 <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Grace Fuller
Street Address: 2045 E. Broadway Road Apt. 1053
City and County: Tempe,
State and Zip Code: Airzona, 85282
Telephone Number: 1-480-361-9241
E-mail Address: none

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### WESTERN District of ARKANSAS
### EL Dorado Division

PATRICIA DOCKERY
*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lion Oil Trading & Transportation
Agent: LSC of Arkansas, INC.
300 Spring Bldg., Ste. 900
Little Rock, AR. 72201
*Defendant(s)*

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Patricia Dockery
Street Address: 4131 Olive Street
City and County: Kansas City, Jackson
State and Zip Code: Missouri, 64130
Telephone Number: 1-816-444-3478
E-mail Address: N/A

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
WESTERN District of ARKANSAS

El Dorado Division

| | |
|---|---|
| LOUISE SAWYER ) <br> ) <br> Plaintiff(s) ) <br> *(Write the full name of each plaintiff who is filing this complaint.* ) <br> *If the names of all the plaintiffs cannot fit in the space above,* ) <br> *please write "see attached" in the space and attach an additional* ) <br> *page with the full list of names.)* ) <br> -v- ) <br> Lion Oil Trading + Transportation ) <br> Agent: USC of Arkansas, INC. ) <br> 300 Spring Bldg, Ste. 900, Little Rock ) <br> Arkansas 72201 ) <br> *Defendant(s)* ) <br> *(Write the full name of each defendant who is being sued. If the* ) <br> *names of all the defendants cannot fit in the space above, please* ) <br> *write "see attached" in the space and attach an additional page* ) <br> *with the full list of names.)* ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Louise Sawyer
Street Address: 4910 Farley
City and County: Shawnee, Ks.
State and Zip Code: Kansas 66203
Telephone Number: 913-940-0304
E-mail Address: none

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
WESTERN District of ARKANSAS
El Dorado Division

| | |
|---|---|
| Thurman Fuller <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Lion Oil Trading + Transportation <br> Agent: USC of Arkansas, Inc. <br> 300 Spring Blvd, Ste 900, Little Rock, <br> Arkansas 72201 <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* [X] Yes [ ] No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Thurman Fuller
- Street Address: 1100 NE 62 Street
- City and County: Gledstone
- State and Zip Code: Missouri, 64118
- Telephone Number: 816 484-7632
- E-mail Address: N/A

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
WestERN District of ARKANSAS

EL Derado Division

| | |
|---|---|
| Elizabeth Donell <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Lion Oil Trading & Transportation Agent: USC of Arkansas, Inc. 300 Spring Bldg., Ste. 900 Little Rock, AR 72201 <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_ ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Elizabeth Donell
Street Address: 246 Willow Greene Drive
City and County: Bridgeport
State and Zip Code: West Virginia 26330
Telephone Number: 304-657-9319 or 318-599-0290
E-mail Address: NaNadonell@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: Lion Oil Trading and Transportation, LLC
  Job or Title (if known):
  Street Address: 100 East Peach Street, Ste. 201
  City and County: El Dorado, Union County
  State and Zip Code: Arkansas 71730
  Telephone Number: 870-862-8111
  E-mail Address (if known):

Defendant No. 2
  Name: Agent: USC of Arkansas, Inc.
  Job or Title (if known):
  Street Address: 300 Spring Bldg., Ste 900
  City and County: Little Rock, Pulaski County
  State and Zip Code: Arkansas 71730
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Lion Oil Trading + Transportation is incorporated under the laws of the State of *(name)* Arkansas, and has its principal place of business in the State of *(name)* Arkansas

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Possibly

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Clara Fuller contacted Lion Oil Trading + Transportation when see found out that Millie Washington, Alonza Washington and Angela Washington had been receiving royalties for numerous years. There were eleven siblings that have not received any of the royalties, considering all siblings are heirs to the same land. Lion Oil Trading has stated their records show the above persons have received royalties, but would not state why the remaining siblings have not.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs want Lion Oil Trading + Transportation to pay all heirs their portion of royalties that were paid to Millie Washington, Alonzo Washington and Angela Washington. Plaintiffs want an accounting of all the money they are owed and want to receive their money as soon as possible. Plaintiffs want to know how it was possible to pay one heir without paying all the heirs. Plaintiffs believe this transaction was illegal.

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-22-2019

Signature of Plaintiff: *Clara R. Fuller*
Printed Name of Plaintiff: Clara R. Fuller

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

