IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THURMAN FULLER et al.                                                                                    PLAINTIFFS

vs.                                          Civil No. 1:19-cv-01020

LION OIL TRADING &
TRANSPORTATION, LLC.                                                                                    DEFENDANT

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiffs' Motion to Request Class Certification. ECF No. 24. In the present action, Plaintiffs seek to certify their action as a class action because "[t]here are seven plaintiffs which are siblings." *Id.* With this Motion, Plaintiffs also state the "[j]oinder of all plaintiff *is practical* (emphasis added)." *Id.* Defendant responded to this Motion and objects to this case being certified as a class action. ECF No. 27. Defendants argue that *all* Plaintiffs (seven siblings) are already joined to this lawsuit, and there is no need for a class action. *Id.*

Upon review, Rule 23(a)(1) of the Federal Rules of Civil Procedure only allows for the maintenance of a class action where "the class is so numerous that joinder of all members is impracticable." In the present action, Plaintiffs admit that joinder is entirely practical, and there are only seven Plaintiffs in this action. As such, pursuant to Rule 23, this lawsuit cannot be maintained a class action.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are**

**reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 9th day of September 2019.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE